■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSE RANIERI, Appellant.—Judgment unanimously reversed on the law and new trial granted, in accordance with same memorandum as in People v Ranieri (144 AD2d 1006 [decided herewith]). (Appeal from judgment of Ontario County Court, Reed, J.—resisting arrest; trespass; harassment.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALBERT RANIERI and ROSE RANIERI, Respondents.—Order unanimously affirmed. Same memorandum as in People v Ranieri (144 AD2d 1006 [decided herewith]). (Appeal from order of Ontario County Court, Reed, J.—set aside verdict.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.